### METROPOLITAN BOARD OF POLICE COMMISSIONERS, et al., Respondents.

No. 70822.

Missouri Court of Appeals, Eastern District, Division One.

Jan. 28, 1997.

Susan L. Wilson, St. Louis, for appellant.

Harold L. Whitfield, Whitfield, Montgomery & Staples, St. Louis, for respondents.

Before REINHARD, P.J., and GARY M. GAERTNER and HOFF, JJ.

### ORDER

PER CURIAM.

Appellant, Christopher Petersen, appeals the judgment of the Circuit Court of the City of St. Louis affirming the decision of respondents, the Metropolitan Board of Police Commissioners, et al., to terminate Petersen's employment as a police officer with the City of St. Louis. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by sufficient evidence and is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

■

### Dwight COFER, Movant/Appellant,

v.

### STATE of Missouri, Respondent/Respondent.

No. 70692.

Missouri Court of Appeals, Eastern District, Division One.

Jan. 28, 1997.

Douglas R. Hoff, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Movant appeals from the motion court's denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).